man, as, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Order (87 N. Y. Supp. 617) reversed, and new trial ordered, with costs to the appellant to abide event, unless the plaintiff stipulates to reduce the verdict to the sum of $10,000 as of the date of the rendition thereof, in which event the order appealed from is affirmed, without costs of this appeal to either party.

WILLIAMS, J., dissents.

HOGAN, Respondent, v. CITY OF SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) Action by Eliza Hogan against the city of Syracuse. No opinion. Judgment and order affirmed, with costs.

HOGAN, Appellant, v. TRIP TO THE MOON, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) Action by John Hogan against the Trip to the Moon. Having been twice passed, the appeal herein is dismissed, with costs, pursuant to rule 39 of the general rules of the Supreme Court.

HOGAN, Appellant, v. TRIP TO THE MOON, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 21, 1904.) Action by John Hogan against the Trip to the Moon.

PER CURIAM. Upon stipulation of the parties it is ordered that the order heretofore entered dismissing the appeal herein be vacated and set aside, and the appeal be reinstated, and may go upon the calendar for the next term of this court.

HOULIHAN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by William Houlihan, as administrator, etc., of James Houlihan, deceased, against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the verdict to $6,625, in which case judgment and order unanimously affirmed, with costs.

IRVING, Respondent, v. CITY OF UTICA, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 30, 1904.) Action by Bertha Irving, an infant, etc., against the city of Utica.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event, upon questions of law only; the facts having been examined and no error found therein. Held, that the evidence wholly fails to establish negligence upon the part of the defendant.

JACKSON v. JACKSON et al. (Supreme Court, Appellate Division, Second Department. October 14, 1904.) Action by Mary F. Jackson, as executrix, etc., of Ebenezer C. Jackson, deceased, against William H. Jackson and another. No opinion. Order affirmed, with $10 costs and disbursements.

JACKSON, Respondent, v. JACKSON, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by Mary F. Jackson, as executrix, etc., of Ebenezer C. Jackson, deceased, against William H. Jackson, impleaded, etc. No opinion. Motion denied, without costs.

JACQUES et al. v. JACQUES et al. (Supreme Court, Appellate Division, Fourth Department. October 21, 1904.) Action by Charles A. Jacques and others against Delos Jacques and others. No opinion. Motion for order of restitution granted.

JENKINS, Respondent, v. BAKER, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1904.) Action by David Jenkins, as executor, etc., against Henrietta L. Baker. No opinion. Motion to dismiss appeal granted.

JONES et al., Respondents, v. ROCKWELL et al., Appellants. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by John M. Jones and others against Hannah R. Rockwell and others. P. A. Hendrick, for appellants. R. T. Greene, for respondents. No opinion. Judgment and order affirmed, with costs.

JUNGMAN, Respondent, v. PARKER, Appellant. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by Charles Jungman against Andrew D. Parker. P. J. Carlon, for appellant. J. Fischer, for respondent. No opinion. Order, so far as appealed from, affirmed, with $10 costs and disbursements.

KABLE, Respondent, v. ROCHESTER GAS & ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) Action by Sebastian Kable against the Rochester Gas & Electric Company. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.

KAHNER v. OTIS ELEVATOR CO. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Action by Milton L. Kahner against the Otis Elevator Company. No opinion. Motion granted.

KALB et al. v. KALB. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Action by Catharine Kalb and others against John Kalb.

PER CURIAM. Plaintiffs' exceptions overruled, motion for new trial denied, and judgment ordered for the defendant upon the verdict, with costs.

KAUFFMANN, Respondent, v. JUDAH, Appellant. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action

by Carrie Kauffmann against Jennie Judah. J. Canter, for appellant. E. Jacobs, for respondent.

PER CURIAM. Judgment affirmed, with costs.

VAN BRUNT, P. J., dissents.

KEATING, Appellant, v. COON, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 23, 1904.) Action by William Keating, by guardian, etc., against S. M. Coon, as receiver, etc.

PER CURIAM. Appeal dismissed, with costs, unless the appellant file and serve his printed papers on appeal on or before December, 2, 1904, in which event the motion is denied.

KEE LOX MFG. CO., Respondent, v. INDELIBLE MFG. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Action by the Kee Lox Manufacturing Company against the Indelible Manufacturing Company and others. No opinion. Judgment affirmed, with costs.

In re KEHOE. (Supreme Court, Appellate Division, Second Department. October 27, 1904.) In the matter of the application of James J. Kehoe to review the determination and act of the board of elections of the city of New York, and to receive and file his certificate of nomination as candidate for senator in the Fifth senatorial district of Kings county, and to place his name upon the official ballot. No opinion. Order affirmed, without costs.

KELLENBERGER v. MEISNER. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Action by Frieda Kellenberger against Frumed Meisner. No opinion. Motion granted, so far as permits removing papers from file.

In re KELLOGG. (Supreme Court, Appellate Division, First Department. October 14, 1904.) In the matter of L. Laflin Kellogg.

PER CURIAM. Motion to resettle order granted, on payment of $10 costs of motion and any disbursements incurred by appellant in the Court of Appeals for reprinting occasioned by the amendment, and, in case she withdraws her appeal to the Court of Appeals, any disbursements she has incurred upon the appeal, and the costs of the appeal up to the time this motion was made.

KELLY, Respondent, v. UNITED TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by Patrick J. Kelly, as administrator, etc., against the United Traction Company. No opinion. Judgment and order unanimously affirmed, with costs.

KESSLER, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by Aaron M. Kessler against the Manhattan Railway Company. M. W. Galla-

way, for appellant. N. Burkan, for respondent. No opinion. Judgment and order affirmed, with costs.

KING et al., Respondents, v. GERMAN-AMERICAN BANK of BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) Action by J. Alfred King and others against the German-American Bank of Buffalo.

PER CURIAM. Motion to dismiss appeal granted, with $10 costs, unless the appellant within 10 days files and serves the printed papers herein and pays the $10 costs of this motion, in which event the motion is denied.

KINSIE et al., Appellants, v. MAHONY, Respondent. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by Benjamin A. Kinsie and others against Daniel J. Mahony. D. Steckler, for appellants. No opinion. Order affirmed, with $10 costs and disbursements.

KIP v. HOLLINGSWORTH. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Action by Clarence V. Kip against William S. Hollingsworth. No opinion. Motion granted, with $10 costs.

KLAUS, Respondent, v. CITY OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) Action by Catherine Klaus against city of Buffalo. No opinion. Order of discontinuance entered upon stipulation of the parties.

KNAPP, Respondent, v. TRUSTEES OF VILLAGE OF CLYDE, Appellants. (Supreme Court, Appellate Division, Fourth Department. November 30, 1904.) Action by Henry Knapp against the trustees of the village of Clyde. No opinion. Judgment and order affirmed, with costs.

KNIGHT, Respondent, v. TOWN OF SPARTA, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) Action by Heber S. Knight, an infant, etc., against the town of Sparta. No opinion. Judgment and order affirmed, with costs.

KNOEFERL et al., Respondents, v. CITY OF ROCHESTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 30, 1904.) Action by Elizabeth Knoeferl and others against the city of Rochester.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to defendant to plead over, upon payment of the costs of the demurrer and of this appeal.

HISCOCK, J., dissents.

KRONOLD v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by Adolph S. Kronold against the city of New York. No opinion. Motion denied, with $10 costs.